

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 SEP 25 PM 1:37

DEPUTY CLERK _____

| | | |
|---|---|---|
| CARLOS LAMONT FISHER, JR., | § | |
| Petitioner, | § | |
| v. | § | 2:12-CV-0161 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On August 20, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. On August 27, 2015, respondent filed objections to the Magistrate Judge's Report and Recommendation. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered respondent's objections to the Report and Recommendation. The objections filed by respondent are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this _25_ day of _September_ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE